MAYBEL NEWBRAND, Appellant, v. CITY OF YONKERS et al., Respondents.

Submitted December 2, 1940; decided December 4, 1940.

*Leonard G. McAnaney, Corporation Counsel (Harold T. Garrity of counsel), for motion.*
*Ulysses S. Adler* opposed.

Motion denied, with ten dollars costs.